# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20cr848 |
| Plaintiff, | ) ) | JUDGE DAN AARON POLSTER |
| vs. | ) ) ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND |
| ANTHONY POLANDO MCGHEE, III, | ) ) | REFERRAL TO U.S. PROBATION OFFICE |
| Defendant(s). | ) ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr., regarding the change of plea hearing of Anthony Polando McGhee, III which was referred to the Magistrate Judge with the consent of the parties.

On December 17, 2020, the Government filed a one count Indictment, charging Defendant in one count, with Possession of Firearm by Person with Prior Misdemeanor Domestic Violence Conviction, in violation of Title 18 U.S.C. §§ 922(g)(9) and 924(a)(2). Defendant McGhee was arraigned on January 26, 2021,, and entered a plea of not guilty to Count 1 of the Indictment before this Court. On October 20, 2021, Magistrate Judge William H. Baughman, Jr., received Defendant Ingramm's plea of guilty to Count 1 of the Indictment and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judges R&R is adopted. Defendant McGhee is found to be competent to enter a plea and to understand his constitutional rights. He

is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea is approved.

Therefore, Defendant McGhee is adjudged guilty of Count 1 of the Indictment, Possession of Firearm by Person with Prior Misdemeanor Domestic Violence Conviction, in violation of Title 18 U.S.C. §§ 922(g)(2) and 924(a)(2). This matter was referred to U.S. Pretrial Services and Probation for the completion of a pre-sentence investigation and report.  Sentencing will take place on February 22, 2022 at 10:00 a.m.  either via Zoom or in Courtroom 18B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, OH.

IT IS SO ORDERED.

 *s/Dan Aaron Polster     11/4/2021*
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE